Ollie WILLIAMS, Plaintiff,

Jackie Walker, Appellant,

James Vitale; Timothy N. Davis, Plaintiffs,

v.

Gary B. KEMPKER; Dora B. Schriro; I. Grimes; Bonita Morrow; Gene Stubblefield; Cameron Daniels; Joe Sampson; Joe Carter; Mark Cain; Michael Blandford, Appellees.

No. 06–2014.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 27, 2007.

Filed: Jan. 10, 2008.

Jackie Walker, Cameron, MO, pro se.

Joshua Worthington, Assistant Attorney General, Deborah Bell Yates, Attorney General's Office, St. Louis, MO, James R. McAdams, Attorney General's Office, Jefferson City, MO, for Appellees.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Missouri Department of Corrections (MDOC) prisoner Jackie Walker appeals the district court's [1] adverse judgment in his 42 U.S.C. § 1983 action. Following

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

careful review, we agree with the district court that MDOC's urinalysis policy, which provided for random drug testing of the offender population, as well as targeted testing of offenders who met certain criteria, was not unconstitutional. *See Louis v. Dep't of Corr. Servs.*, 437 F.3d 697, 699–701 (8th Cir.), *cert. denied*, —— U.S. ——, 127 S.Ct. 355, 166 L.Ed.2d 82 (2006); *Spence v. Farrier*, 807 F.2d 753, 754–56 (8th Cir.1986). We also conclude that the district court did not abuse its discretion in denying Walker's motion for a new trial, *see Buchholz v. Rockwell Int'l Corp.*, 120 F.3d 146, 148 (8th Cir.1997) (standard of review; new trial is required only when necessary to avoid miscarriage of justice), and that Walker's transfer away from the Missouri Eastern Correctional Center mooted his request for injunctive relief, *see Smith v. Hundley*, 190 F.3d 852, 855 (8th Cir.1999).

Accordingly, we affirm. *See* 8th Cir. R. 47B.